IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAYLE SHIELDS,

    Plaintiff,

v.

ALFRED PARHAM,

    Defendant.

No. C 09-01257 JSW

**ORDER DENYING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING COMPLAINT**

The Court has received Plaintiff's letter in lieu of a complaint and an application to proceed *in forma pauperis*, both filed in this Court on March 23, 2009. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Courts must deny *in forma pauperis* applications under certain circumstances, including when the allegation of poverty is untrue or the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

First, the Court finds that Plaintiff's claim of poverty is untrue. Plaintiff maintains a job and owns a Lexus and a valuable home. The claim of poverty is unconvincing. On this basis alone, the application to proceed *in forma pauperis* is DENIED.

Second, it is impossible to discern from Plaintiff's submission, which is not in the form of a complaint, any of the essential details of the events that triggered the lawsuit, or the legal theories under which she seeks relief. It appears nothing has arisen in this jurisdiction and there

is no indication why the case is barred by the passing of the statute of limitations. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure.

Accordingly, the Court HEREBY DISMISSES the case but grants Plaintiff leave to amend to file a complaint in compliance with Rule 8 and DENIES the application to proceed *in forma pauperis*. If Plaintiff wishes to pursue this action, she must pay the court filing fee file and filing an amended complaint by **July 13, 2009**. Failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice. The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that additional assistance may be available by making an appointment with the Legal Help Center, which is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: June 29, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GAYLE Y. SHIELDS,

    Plaintiff,

  v.

ALFRED O. PARHAM et al,

    Defendant.

Case Number: CV09-01257 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred O. Parham
261 Silverado Court
Oakland, CA 94605

Gayle Y. Shields
9314 Vista Waters Lane
Las Vegas, NV 89178

Dated: June 29, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk